UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

      -against-                                   :                    09 Cr. 1056 (WHP)

Marvin Williams,                                         :                    ORDER
               Defendant.           :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

         The conference scheduled for May 14, 2020 is adjourned to August 13, 2020 at

3:00 p.m.


Dated: New York, New York
       May 12, 2020


                      SO ORDERED:


                    WILLIAM H. PAULEY III
                       U.S.D.J.