

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2020

Application granted.  Conference
adjourned to October 8, 2020
at 2:30 p.m.

SO ORDERED:

**VIA CM/ECF**
The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

_____
WILLIAM H. PAULEY III
U.S.D.J.

August 10, 2020

Re:     *United States* v. *Marvin Williams*, 09 Cr. 1056 (WHP)

Dear Judge Pauley:

        The Government respectfully writes to request a 45-day adjournment of the status conference in the above-captioned case, currently scheduled for August 13, 2020 at 3 p.m.  The Government has conferred with defense counsel and U.S. Probation Officer Amber Wilton, who join in the request for an adjournment. According to Ms. Wilton, Mr. Williams' treatment has been disrupted in large part due to the current COVID-19 pandemic, and additional time in treatment before the parties' next conference would be fruitful.  Accordingly, in light of Probation's representations, the Government submits that an adjournment is warranted.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            Acting United States Attorney for the
                            Southern District of New York

                        By:_____/s/_____
                            Sarah Mortazavi
                            Assistant United States Attorney
                            (212) 637-2520

cc:     Bradley Henry, Esq. (via ECF)