UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

        -against-                                      :                    09 Cr. 1056 (WHP)

Marvin Williams,                                             :                    ORDER
                    Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The February 10, 2021 conference is adjourned to March 18, 2021 at 3:30 p.m.

The dial-in number is 888-363-4749, passcode 3070580.


Dated:  February 5, 2021
        New York, New York


SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.