UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,          :

       -against-          :          09 Cr. 1056 (WHP)

Marvin Williams,          :          <u>ORDER</u>
                Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The March 18, 2021 conference is adjourned to June 4, 2021 at 11:00 a.m.

The dial-in number is 888-363-4749, passcode 3070580.

Dated:  March 17, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.