UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

    -against-                                    :         09 Cr. 1056 (WHP)

Marvin Williams,                                :         <u>ORDER</u>
                      Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The June 4, 2021 teleconference is adjourned to a date to be determined.

Dated: June 4, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.