

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2022

**VIA CM/ECF**
The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, NY 10007-1312



Re:   *United States* v. *Marvin Williams*, 09 Cr. 1056 (KPF)

Dear Judge Failla:

The Government respectfully writes on behalf of the Probation Department to request an adjournment of the violation of supervised release conference in the above-captioned case, currently scheduled for Friday, April 15, 2022 at 11 a.m. Probation has requested additional time in order to confirm details regarding Mr. Williams' new place of residence, review his urinalysis reports, and obtain updates regarding Mr. Williams' state case.  The Government respectfully contends that proceedings will move more expeditiously if the parties convene after Probation has had the opportunity to conduct these reviews. The parties have conferred and defense counsel has no objection to a thirty-day adjournment of the upcoming status conference.

Accordingly, in light of the foregoing, the Government requests that the Court reschedule the parties' conference to a date in early May 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
      Sarah Mortazavi
      Assistant United States Attorney
      (212) 637-2520

cc:    Bradley Henry, Esq. (via ECF)

Application GRANTED.  The hearing in this matter is hereby ADJOURNED to **May 3, 2022, at 11:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 775.

| | |
|---|---|
| Dated:  April 5, 2022<br>        New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |