

Bradley Henry

Akerman LLP  
1251 Avenue of the Americas  
37th Floor  
New York, NY  10020

DirF: 212 905 6453  
bradley.henry@akerman.com

July 13, 2022

<u>**VIA E-MAIL**</u>

Hon. Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York , NY  10007



**Re:**   USA v. Marvin Williams, 1:09-cr-01056-KPF

Dear Judge Failla:

I write to request a brief adjournment of the status conference for Mr. Williams scheduled for this afternoon at 4pm.  I have travelled out of state on a case and am unable to make the hearing this afternoon.  I am CJA counsel for Mr. Williams and no one else at my firm is familiar with the case.

I have spoken to AUSA Mortazavi who consents to the adjournment.  Ms. Mortazavi is on trial currently and her colleague AUSA Anden Chow had intended to cover the hearing and he is copied on this request as well.

I have also spoken to Probation Officer Amber Wilton who consents to the adjournment.

Sincerely,

s/ Bradley L. Henry

Bradley Henry  
Partner  
For the Firm

akerman.com

64761830;1

Application GRANTED.  The conference in this matter is hereby ADJOURNED to **August 17, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 778.

Dated:  July 13, 2022
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE